JS-6

Eric Honig, CA Bar No. 140765
LAW OFFICE OF ERIC HONIG, APLC
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
310-699-8051

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA JACKSON, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA, and ERIC HOLDER, in his official capacity as United States Attorney General,<br><br>Defendant(s). | CASE NUMBER<br><br>2:14-cv-6197-BRO (SSx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| 12/19/14 | /s/ Eric Honig |
|---|---|
| *Date* | *Signature of Attorney/Party* |

IT IS SO ORDERED.

DATED: 12/23/2014

[signature]

UNITED STATES DISTRICT JUDGE

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*